UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL W. FIELDS | CIVIL ACTION NUMBER : 5:06CV1496 |
| VERSUS | JUDGE HICKS |
| LIBBEY GLASS, INC. | MAGISTRATE JUDGE HORNSBY |

### MEMORANDUM ORDER

Before the Court is a motion *in limine* to preclude the Plaintiff from offering or eliciting testimony or other evidence at trial relating to the expert testimony and opinions of Earl R. ("Randy") Pinkley [Doc. No. 49]. Mr. Pinkley is a Certified Public Accountant retained by the Plaintiff to calculate lost and future wages. The Court finds that as a CPA, Pinkley is qualified to make such calculations. The claimed deficiencies in those calculations speak to the weight and credibility of the evidence, not to its admissibility, and may be appropriately explored during cross-examination.

Therefore:

**IT IS ORDERED** that Defendant's motion *in limine* [Doc. No. 49] is hereby **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 16th day of January, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE